UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| LONNIE EARL PARLOR, Jr.,<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | Civil Case No. 1:22-cv-00434-BLW<br>Criminal Case No. 1:18-cr-00203-BLW<br><br>**JUDGMENT** |

In accordance with the Memorandum Decision and Order filed with this Judgment,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, that Petitioner Lonnie Earl Parlor, Jr.'s Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (Civ. Dkt. 1, Crim. Dkt. 105) is **DENIED**.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED, that the civil case is **DISMISSED with prejudice**. The Clerk shall close the case.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED, that the certificate of appealability under 28 U.S.C. § 2253 is **DENIED**.

DATED: December 4, 2023

_____
B. Lynn Winmill
U.S. District Court Judge